# O'TOOLE, ROTHWELL, NASSAU & STEINBACH
### ATTORNEYS AT LAW
1350 CONNECTICUT AVENUE, N.W.
SUITE 200
WASHINGTON, D.C. 20036

STEPHEN M. NASSAU (1940-2001)
JEFFREY B. O'TOOLE*
DAVID J. ROTHWELL*
MARK H. STEINBACH*

YUN S. BOUQUET*
KAREN BURKE*
DANYA A. DAYSON

COUNSEL:
ZONA F. HOSTETLER
MICHAEL A. ABELSON□

TELEPHONE: (202) 775-1550
FACSIMILE: (202) 775-0008

* Also admitted in MD
□ Also admitted in PA, MD & MA

RECEIVED MAILROOM
JUN 30 2009
CLERK, U.S. DISTRICT COURT

June 26, 2009

*$5 fee needed.*

Clerk of the Court, Civil Division
United States District Court for the
Eastern District of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Leonidas Bimenyimana v. Joseph Higgs Jr., Et. al.

To the Clerk of the Court:

Please find enclosed for filing two (2) copies of each of the following documents.
1. Civil Cover Sheet
2. Petition for Writ of Habeas Corpus with $5 to cover the filing fee
3. Pro Hac Vice Applications for Jeffrey O'Toole and Danya Dayson
4. In Forma Pauperis Form
5. Summons in a Civil Action for each of the defendants

Kindly return one date-stamped copy of each of the documents, in addition to the summonses with the appropriate seal, in the envelope provided. Thank you very much for your assistance in this matter.

Sincerely,

Jeremy Adell
Legal Assistant to Jeffrey O'Toole

Enclosures: (10)