## Report Prisoner Data (No Middle Name)

| ID# | Last | First | Middle | FileDate | Judge | RecDate | Ofc | Year | cv | Num | Action | threeStrike |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8E+07 | Bimenyim | Leonidas | | 06/30/2009 | 103 Judge Ellis | 06/30/2009 | 1 | 09 | cv | 721 | 28:2241 | |

Tuesday, June 30, 2009